FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jul 20, 2023
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:21CR40019-001 |
| | ) | |
| REESE BRADY BAILEY | ) | |

## FINAL ORDER OF FORFEITURE

On July 27, 2022, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 40). In the Preliminary Order of Forfeiture, five (5) firearm silencers; miscellaneous parts for firearms silencers; a Savage Model 93R17 .17 caliber rifle, serial number 2685057; a Ruger Model American .22 caliber rifle, serial number 835-28425; a Smith & Wesson Model M&P15 5.56 mm rifle, serial number SV49840; a Henry Repeating Arms .44 magnum caliber rifle, serial number 44SSR00431; a Heritage Rough Rider .22 caliber revolver, serial number 1BH220086; a New England Firearms 20-gauge shotgun, serial number NF235981; a Thompson Center Arms .45 caliber firearm, serial number 13175; 13 rounds of .45 caliber ammunition; 51 rounds of .38 special caliber ammunition; 50 rounds of .44 magnum caliber ammunition; 1 round of 6.5 creedmoor ammunition; 1 round of .380 caliber ammunition; 291 rounds of .22 long rifle caliber ammunition; 99 rounds of .17 HMR caliber ammunition; 14 12-gauge shotgun shells; 72 rounds of .223 caliber ammunition; 1 round of .30 caliber ammunition; 1 box of .38 caliber blank rounds; 8 rounds of .22 Hornet caliber ammunition; 2 65-round capacity Pro-Mag .223/5.56mm caliber magazines; 3 30-round capacity metal .223/5.56mm caliber magazines; 2 25-round capacity Ruger BX-25 .22 caliber magazines; and a soft-sided gun bag with

miscellaneous gun parts, was forfeited to the United States pursuant to Title 18 U.S.C. § 924(d) and 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On August 20, 2022, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was September 27, 2022. No third-party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on July 27, 2022, shall become final at this time.

IT IS SO ORDERED this 20th day of July, 2023.

/s/ Susan O. Hickey
HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE