IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA

v.  CASE NUMBER: 4:21-CR-40019

REESE BRADY BAILEY

## ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE

Comes now before the Court the Defendant, Reese Brady Bailey, by and through counsel Jessica Yarbrough, Federal Public Defender, seeking a modification of his release.

Defendant states that he is scheduled to undergo abdominal surgery on December 29, 2025, and that Haven Homes has indicated that it is not equipped to care for him during his recovery following surgery. Defendant requests that his conditions of release be modified to allow him to reside at his mother's residence in Ashdown, Arkansas, while recovering for an indeterminate period of time following surgery.

The government has not responded to the motion, and the probation office has indicated, as stated in the motion, that the office will abide this Court's order.

The Motion to Modify is GRANTED as follows:

Defendant is permitted, following his scheduled abdominal surgery on December 29, 2025, to recover at his mother's home in Ashdown, Arkansas. Defendant is to remain at his mother's residence at all times, except to attend medical appointments and meetings with his attorney or probation officer.

Defendant's release status will be reconsidered by the Court in February 2026.

IT IS SO ORDERED this 23rd day of December, 2025.

_____
HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE